10/15/2024

Dear Honorable Judge,

I, Alina Hillo, first met Nikolay Grigorev in the summer of 2008, shortly after I arrived in the United States. We started dating, fell in love, and it wasn't long before we were married in April 2010.

Over the past sixteen years, my husband has been the pillar of our family. Nikolay embodies honesty, responsibility, and integrity; he has always supported me in every aspect of my life.

Nikolay was by my side during my years in college. Not only was he encouraging and supportive verbally, but he also helped me with schoolwork, writing essays in English, and tutoring me in subjects where I needed assistance.

He was an immense source of support during one of the hardest periods of my life: the time from when my mother was diagnosed with a terminal brain tumor until she eventually passed away two years later. His compassion and care during that tragic time gave me strength and helped me cope with the painful loss.

Over the years, we have adopted three cats and one dog, sharing the responsibility and joy of caring for these little creatures. Additionally, my husband assists his now 88-year-old grandmother with day-to-day tasks; his devotion and love for her are truly admirable.

For the past seven years, we have faced the challenge of infertility – a deeply emotional, costly, and overall difficult journey for both of us and our wider family. We have undergone three rounds of IVF, and throughout this process, my husband has been a source of strength and comfort. His commitment has been crucial in helping us navigate this challenge together. Our next embryo transfer is scheduled for October 24, 2024, and I know he will be by my side as always.

In 2018, Nikolay spent over a year fully renovating our rental property – both apartments – entirely by himself. During that time, it was not uncommon for him to return home after 11 PM after a full day of construction. Thanks to his hard work and dedication, we can now collect rental income that partially covers our IVF expenses, which has provided great financial relief for us.

Together, we've gone through college, switched professions, purchased properties, and weathered many storms that life has sent our way. Not for a second did I lose confidence, as we were in it together. Even today, despite the unprecedented number of challenges our family is facing, Nikolay and I manage to live in perfect harmony. My husband is an incredibly loving and caring family man; the mere fact that he is nearby makes me feel secure. I cannot imagine my life without him.

I hope this letter helps the court understand his true character.

Sincerely,

Alina Hillo
2060 E 61st Street
Brooklyn, NY 11234
alinahillo@gmail.com
347-400-5621

U.S. District Court – Eastern District of New York
225 Cadman Plaza E Brooklyn, NY 11201

From:
Marina Grandkovskaya
2060 E 61 Street, Brooklyn, NY 11234
929-339-8025
Nikolay Grigorev Sr.
2060 E 61 Street, Brooklyn, NY 11234
718-844-8519

10/22/2024

Dear Honorable Judge Garaufis,

My name is Marina Grandkovskaya, I am the mother of the defendant Nikolay Grigorev. I hope I will be able to use this only opportunity to convey a message explaining why I still can be proud of my son.

I will present facts only, no emotions; here is an objective personality of my son:

1. Nikolay is kind and caring.
He has an overwhelming sense of duty and therefore a constant desire to help others, including friends, acquaintances, and relatives. He has a special bond with his 88-year-old grandmother. Every day, he takes her for a walk in Marine Park, and every evening, he spends time with her, just talking, putting his own tasks aside. He renovated her room and, especially for her, brought wallpaper and a crystal chandelier from Italy. Friends and neighbors often seek his advice on household matters, and many come to him for help with car and even home repairs. He has never turned anyone away.
Many animals that have had difficult lives have found refuge in his home, including a blind dog a cat with crooked legs, a cat he rescued from a bar where it had been abused, and another cat he found in the ditch, starving. Recently, he healed and nursed a young crow that had been injured and couldn't fly. Now, the crow has flown away, fully recovered. All these animals require care, attention, and money for their upkeep.

2. Nikolay is intelligent, knowledgeable, and well-educated.
While in high school, he obtained four different scholarships, which helped him achieve financial independence ahead of college. At Brooklyn College, he earned a Bachelor's degree in Chemistry and a BA in Business. While in college he was an active participant in sports clubs, played tennis as a part of college tennis team, and volunteered at a hospital pharmacy.
We as parents had planned for Nikolay to continue the family tradition of working in a medical field, one that dates back to the mid-19th century. We tried to guide his education in that direction; he completed one semester of pharmaceutical science studies at Long Island University but then chose to pursue a career in business field instead and earned an MBA at Baruch College. I believe he made this decision because he viewed it as a quicker path to financial success rather than spending long years studying and facing significant expenses required to become a doctor.
For personal growth, he has explored classic literature extensively, both Russian and international, since childhood. At this time, he reads a lot of technical materials on auto repair.
In his youth, Nikolay gained various extracurricular skills: he sang in a choir, learned to play the piano, and practiced latin dance for seven years. Nowadays, he occasionally participates in sporting activities that include mountain biking, ice skating, and snowboarding.

3. Nikolay is responsible.

He started working at the age of 16 and was at that time helping to pay the electric bill. As a teenager, he never asked us for money for his personal expenses; he either earned it himself or postponed his desires if money was unavailable. At that point, we were proud of our son and happy that the difficult circumstances we were facing as recent immigrants strengthened his character.
Now, after being married for over 15 years, my son and his wife have a strong desire to have children. After three unsuccessful IVF attempts, they are considering surrogacy, which involves significant expenses.
My son works long hours, often until 9 PM, switching from one role to another. At different points of each day he is either driving a cab, providing household moving services, repairing cars, selling auto parts online, caring for his grandmother or performing various types of building maintenance as needed. Such active involvement allows him to meet the extra expenses he has.

I believe, we raised a good person for both his family and society. He has always been and continues to be a decent member of his community. However, we created a problem for him. In his childhood, we often made decisions for him, controlled him, and planned his future. Nikolay was the only child in a family of four adults. His grandmother is a doctor, an MD-PhD, his grandfather had an ME. His father has a PhD in Biology and, at 53, earned an MS in Pharmaceutics at LIU, and I hold an MMath and a Masters degree in Engineering. We all protected Nikolay, often shielding him from the influence of outside world. As I see it now he may not have had a chance to gain valuable negative experiences that teach important life lessons. Nikolay became accustomed to focusing on the present and avoiding long-term strategic thinking. He did not learn enough about how current actions impact future outcomes.

Honorable Judge Garaufis, there was no political undertone in Nikolay's misconduct, no political motivation behind his actions. Now, having gained such a profound experience, his worldview has radically changed. He understands that such mistakes are no longer acceptable.

Sincerely,

Marina Grandkovskaya

As the father of Nikolay, I also address you, honorable Judge Garaufis and attest to every word written by my wife.

Sincerely,

Nikolay Grigorev Sr.

10/20/2024

Dear Judge Garaufis,

My name is Olga Grandkovskaya. I am a retired medical doctor, and I will turn 89 this December. I have one daughter who often lives in another country and one grandson, Nikolay Grigorev.

With a clear mind, I want to tell everyone that my grandson is the most caring, kind, and attentive person. Every day, he not only cleans and prepares meals for me but also finds time to sit and talk with me. Otherwise, I would forget how to have a conversation, as I am unable to attend a senior day care center due to weak legs and declining health. My grandson regularly takes me to the park for walks and even bought me an electric-assisted tricycle to help strengthen my legs.

At home, I have everything I need for an active life: an exercise machine, a foot massager, a computer, a television, a voice assistant, and a comfortable bed.

But the most important thing is the daily communication and love that I feel every minute. My grandson listens to my advice and appreciates my stories. I feel needed and protected.

I can confidently say that my grandson is everything I have in this world.

Truly Yours,

Olga Grandkovskaya

**NOTARY ACKNOWLEDGMENT**

State of New York
County of KINGS

On this 21 day of OCT, 2024, before me, the undersigned Notary Public, personally appeared Olga Grandkovskaya, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument, and acknowledged to me that they executed the same in their capacity, and that by their signature on the instrument, the individual executed the instrument.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Notary Public

My Commission Expires: 8/12/25

CAMILLE PICCININNI
Notary Public, State of New York
Kings County
Lic. 01PI6287612
Commission Expires August 12, 2025

**Sergey Shklarov**
96 Branchwood Lane
Nanuet, NY, 10954
sergeshklarov@gmail.com
347-403-1436

To Whom It May Concern,

I am writing this letter to provide a character reference for my friend, Nikolay Grigorev, who I have had the pleasure of knowing for over 20 years with our first encounter being shortly after I immigrated to the United States in June of 2003 at a community center located in Brighton Beach and we have been friends ever since. During that time I had also got to know his mother and father, which made it quite clear as to who had instilled such values in him.

Nikolay is someone I can always count on, both in times of need and everyday life and the same holds true for his family and neighbors. Over the years, he has consistently been extremely reliable and has a genuine desire to help others. Nikolay is always punctual, delivers on all promises and approaches everything with a sense of responsibility and care.

There are have been countless times when I needed a favor or some sort of help and if he had the time he would always help out. Whether it was taking and picking my mom up from the doctors because I was stuck at work, or reaching out for any type of advice, car, home purchase or day to day mundane tasks. He has and still is the friend that always picks up the phone and makes time for you, often times putting his own responsibilities on hold.

One thing that sticks out in my mind is when I was going thought a divorce back in 2018. I needed a place to live because staying at my old apartment was no longer necessary for me. I called Nikolay and explained the situation and in no way did he hesitate and offered me an apartment in his home in Brooklyn where I stayed for 4 years, helping me close that chapter of my life and move on.

What is mentioned above is one of the bigger examples of what type of individual he is. I simply cannot say how many times the people that are close to him have benefited from his generosity and kindness. Even the community around him knows the type of individual he is and I have a few times come out of my home with Nikolay under the hood of a neighbor's car making repairs.

If I were to sum up as to what kind of a person, he is I would say he is an example of how we all should strive to be. He is an individual that values his family, friends and neighbors and goes to extraordinary lengths to help however he can when someone needs it, even if it gets in the way of his own plans.

Sincerely,

Sergey Shklarov

Anna Bugrinskaya
96 Branchwood Ln
Nanuet, NY 10954
annabugrinskaya@gmail.com

To Whom It May Concern,

I am writing this character reference letter on behalf of my best friend, Nikolay Grigoryev. I have had the privilege of knowing Nikolay for more than 6 years, and I can confidently say that he is one of the most genuine, thoughtful, and kind individuals I have ever met.

Nikolay is someone who always puts others first. He is the kind of friend who will drop everything to lend a hand, whether it's assisting with a personal project or simply being there to listen when someone needs support. His generosity and compassion extend not only to his friends but also to his family, who he deeply cherishes. It is heartwarming to see the love and respect that flows between him and his wife, as well as his parents.

What sets Nikolay apart is not just his kindness but also his intelligence and sense of humor. He has an incredible ability to make those around him feel at ease, often lightening the mood with his wit. He approaches life with a positive attitude and a unique perspective that inspires others to see the bright side, even in challenging situations.

Nikolay comes from a wonderful family that has instilled in him the values of integrity, respect, and hard work. His upbringing has shaped him into a responsible and caring individual. He is well-liked by all who know him, and his home is often filled with laughter and warmth, making it a favorite gathering place for friends and family alike.

As he faces this current situation, I want to emphasize that Nikolay is not defined by his mistakes. He is a loving husband, a devoted friend, and a person who actively seeks to contribute positively to society. I believe that everyone deserves a chance to learn from their experiences, and I am confident that Nikolay will emerge from this situation with even greater resolve to better himself and support those around him.

Thank you for taking the time to consider my perspective on Nikolay's character. I hope that you see the good in him that I and many others have witnessed throughout our friendship.

Sincerely,

Anna Bugrinskaya.

10/18/2024

Dear Honorable Judge Garaufis,

I am writing to you regarding Nikolay Grigorev, who I have had the privilege of knowing since 2017.

Throughout our communication, he has consistently proven to be an exceptionally positive person. Nikolay is always ready to lend a helping hand in any situation; he is decent, tactful, friendly, and responsive. He has demonstrated that he is a good family man—caring, hardworking, and economical.

I cannot recall a single instance during our time together when Nikolay showed aggression or behaved tactlessly toward anyone in our circle. I am confident that anyone who knows Nikolay would speak of him positively. In today's world, decent and responsive people who are willing to help at a moment's notice are very rare.

I am truly grateful to have a friend like Nikolay, as he deserves only the best and kindest.

Sincerely,

Zarina Latypova
108-20 71st Ave
Apt 16A
Forest Hills, NY 11375
347-944-2596

# Character Reference Letter

I, Aleksandr Kirsha, have known Nikolay Grigorev since November of 2022. Nikolay was previously acquainted with my brother, Aleksei Korolev. Since that time, we have maintained a stable friendship.

I am an emigrant from the Russian Federation. I am currently 46 years old, and in Russia, I worked as a professor at Kazan National Research Technical University.

Nikolay has been helping my brother and I to adapt to life in New York City. He has spent much of his time assisting us despite being a very busy man. For example, Nikolay works seven days a week as a taxi driver, handyman, and a mover. He also is a landlord that ensures his tenants are comfortable. In his spare time Nikolay buys cars at marshal's auctions hoping to resell them at a profit.

Nikolay has helped us many times with buying and repairing our own cars, offering advice or doing the work himself. He also employed my brother alongside with him for moving work. Nikolay's work principles are based on honesty; my brother often said that Nikolay rounds down the hours for the benefit of the client and works very fast and hard. We never had any monetary disagreements or issues.

Nikolay takes care of his grandmother, who lives with him in the same house. He loves animals and has cats and a dog. He introduced us to his friends, with whom he has close relationships.

I have every reason to believe that Nikolay did not have a real, well-thought-out intention to make a threat to anyone as an individual or to the USA as a state. I think it was some kind of small but reckless business. As I see it, Nikolay is absolutely loyal to the USA and fully embraces American cultural values. I hope that the court will consider a lenient sentence.

10/15/2024

ALEKSANDR KIRSHA
8400 Shore Front Parkway, #2T, Rockaway Beach, NY 11693
avkirsha@gmail.com
347-299-9894

10/18/2024

Dear Honorable Judge,

I am writing to you as a friend of Nikolay Grigorev, whom I have known for 14 years. It is an honor to vouch for his character and integrity during the time I have known him.

I met Nikolay back in 2010 when he was part of my MBA class at Baruch College. He immediately impressed me with his commitment to his studies and genuine interest in learning. He consistently displayed qualities of honesty, integrity, and responsibility, both in school and in his personal endeavors.

Nikolay has been a very reliable friend to me. I could always count on him and seek help from him. He would never reject me or make excuses. When I had to leave the country for an indefinite period due to family circumstances, he stored my belongings and never mentioned how inconvenient it was or pressured me to collect them. Nikolay has a kind heart and enjoys helping others. He loves gathering people together, whether it's for a BBQ at his house or planning a trip. I have the fondest memories of these gatherings.

Nikolay is also very positive and optimistic. Once, he planned a skiing trip for his friends to Vermont and rented a house through Craigslist. Unfortunately, we got scammed, and there was no actual house at the location listed. Nikolay didn't blame anyone; he quickly found an alternative place to stay and never even mentioned to anyone how much trouble it was to address the issue with the Craigslist scam ad. He just took care of everything and let everyone else enjoy the holiday. I am grateful to have met Nikolay, and I feel very fortunate to call him a friend.

Additionally, I tend to judge a person's character based on how individuals treat the elderly and the weak, and I admire the way Nikolay acts towards his family. He has always deeply cared for his parents and his grandmother. He speaks of them with kindness and the highest level of respect. He houses and provides for them, always being very patient and attentive to their needs. He is a textbook example of a loving and dedicated son. Moreover, Nikolay has always been a considerate and caring husband. His wife, Alina, has become my friend over time as well. Nikolay has exceptionally strong family values and cherishes the people around him.

I believe that Nikolay's conduct and character are exemplary, and I am honored to write on his behalf. Please feel free to contact me at the number or email address listed above should you require any further information or clarification.

Thank you for your time and consideration.

Sincerely,

Tatiana Semenova
E-mail: tatiana.k.semenova@gmail.com
Phone: 646-920-3515
139a Jefferson Avenue, apt 1,
Brooklyn, NY, 11216

10/18/2024
Daniel Castoire
135 Scribner Ave, Apt 2
Staten Island, NY 10301
929-724-5621

Nicholas Garaufis
U.S. District Court – Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

Dear Judge Garaufis,

I'm writing this letter to share a bit about my landlord, Nikolay Grigorev. I've known him since 2018, when I first moved into the apartment in his building with my wife and kids. Nikolay is the best landlord I've ever had and I really think it's important for you to know what kind of person he is.

First off, Nik is always there anytime I need help. No matter what's going on, I can count on him to lend a hand. Whether it's a leaky sink, a broken window, an outage or something more serious, he's quick to jump in and get it sorted out. Nik always does repairs and maintenance on time; I never have to stress about things falling apart in my place. He even went the extra mile to install a washer in the basement, which makes living here a lot easier.

What I really appreciate is that Nik never gets mad when things go wrong. Instead, he stays calm and helps me figure it out. Sometimes, he even steps in to help with personal stuff, which is beyond what most landlords do. It's like he really cares about us as people, not just tenants.

On top of that, Nik been there for me when things got tough financially. There have been times when I needed to borrow a little extra cash, and he's helped me out without hesitation. That kind of support means a lot, especially when you're in a tight spot.

Overall, I just want to say that Nikolay is a kind person who genuinely cares about his tenants. I really appreciate everything he does for me and the other folks living here.

Thank you for taking the time to read this.

Best,

Daniel Castoire

Daniel Castoire

10/18/24